IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 MAY 17 P 3 04

CLERK

CHARLES K. McKNIGHT and
JEAN B. McKNIGHT,

    Plaintiffs,

vs.

CHICAGO TITLE INSURANCE
COMPANY, INC.,

    Defendant.

CIVIL ACTION NO.: CV203-002

## ORDER

The captioned case is scheduled for jury selection and trial on June 6, 2005. Counsel for the parties are hereby directed to confer on or before May 31, 2005, and engage in **good faith** efforts to resolve objections to exhibits and deposition testimony. The Court shall be advised on or before 5:00 p.m. on May 31, 2005, as to any remaining objections, if any, to exhibits and deposition testimony. Each party shall deliver copies of its deposition testimony and documentary evidence, to which objections remain, to the Court at that time.

Any objection not so identified shall be deemed abandoned.

**SO ORDERED**, this 17th day of May, 2005.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE