# United States District Court
## Southern District of Georgia
### Brunswick Division

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 MAY 31 A 10: 18

CLERK_____
SO. DIST. OF GA.

CHARLES K. AND JEAN B. MCKNIGHT     *

    *     CASE NUMBER    CV 203-02

VS     *

CHICAGO TITLE INSURANCE CO. 

    *

    *

    *

## ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS ORDERED that this action is hereby dismissed with prejudice subject to the right, upon good cause shown within sixty (60) days, to reopen the action for the sole purpose of enforcing the settlement.

IT IS FURTHER ORDERED that the Clerk of Court serve copies of this order, by United States mail, upon the attorneys of record for the parties appearing in this cause.

SO ORDERED, this 31st day of May, 2005.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

# Holland+Knight

Tel 404 817 8500
Fax 404 881 0470

Holland & Knight LLP
One Atlantic Center, Suite 2000
1201 West Peachtree Street, N.E.
Atlanta, GA 30309
www.hklaw.com

Gregory J. Digel
404 898 8120
greg.digel@hklaw.com

May 25, 2005

VIA FEDEX

Buford A. Rowe, Courtroom Deputy Clerk
 to the Honorable Anthony A. Alaimo
United States District Court
 for the Southern District of Georgia
801 Gloucester Street
Brunswick, Georgia 31520

    Re:    *Charles K. McKnight and Jean B. McKnight v. Chicago Title Insurance Co.*
             Civil Action File No. CV203-02

Dear Mr. Rowe:

    The parties have reached a compromise settlement of the above-styled litigation and expect to be filing a Dismissal shortly.

    We appreciate the Court's attention to our case.

Very truly yours,

Gregory J. Digel

GJD/wes

cc:    Charles McKnight, Jr., Esq.
       J. Thomas Whelchel, Esq.
       J. Brooke Savage, Esq.

# 2940418_v1