IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| CHARLES K. MCKNIGHT, and JEAN B. MCKNIGHT, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION FILE |
| v. | ) ) | NO. CV203-002 |
| CHICAGO TITLE INSURANCE CO., INC., | ) ) ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Charles K. McKnight and Jean B. McKnight, Plaintiffs in the above-styled action, pursuant to Rule 41(a)(I) of The Federal Rules of Civil Procedure, and hereby dismiss this action, with prejudice.

This 30 day of June, 2005.

CONSENTED AND AGREED TO BY:

HOLLAND & KNIGHT, LLP

_____
Gregory J. Digel
Georgia Bar No. 221750
2000 One Atlantic Center
1201 West Peachtree St., N.E.
Atlanta, Georgia 30309
(404) 817-8500
(404) 881-0470 Fax

WELCHEL & MCQUIGG, LLC

_____
J. Thomas Whelchel
Georgia Bar No. 752200
504 Beachview Drive, Ste. 3-D
St. Simons Island, Georgia 31522
(912) 638-1174

APPROVED:

_____
JUDGE, U.S. DISTRICT COURT

**Of Counsel:**
Robert J. Beckham
Florida Bar No. 46155
50 North Laura Street, Suite 3900
Jacksonville, Florida 32202
904-353-2000
904-358-1872 Fax

Attorneys for Defendants

**Of Counsel:**
Charles K. McKnight, Jr.
Georgia Bar No. 495810
NATIONS, TOMAN, NUTTER
 & MCKNIGHT LLP
3340 Peachtree Road, NE, Suite 1550
Atlanta, Georgia 30326
(404) 266-2366

Attorneys for Plaintiffs